IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| | : | CIVIL ACTION NOS. |
| TAYLOR | : | 02-3877 |
| JACKSON | : | 02-3879 |
| LIAGA, et al. | : | 02-3920 |
| KARGE, et al. | : | 02-3927 |
| GREEN, et al. | : | 02-3942 |
| MARKS | : | 02-3969 |
| FULTZ | : | 02-3977 |
| RACKLEY | : | 02-4118 |
| THOMPSON, et al. | : | 02-4125 |
| RUSSELL, et al. | : | 02-4127 |
| ALCALA | : | 02-4131 |
| ANDERSON | : | 02-4193 |
| CAGAPE, et al. | : | 02-4227 |
| MONZON, et al. | : | 02-4241 |
| SANDOVAL, et al. | : | 02-4282 |
| CHAPMAN, et al. | : | 02-4289 |
| DUNHAM, et al. | : | 02-4304 |
| FORTUNATO, et al. | : | 02-4315 |
| VS. | : | |
| BAYER CORPORATION, *et al.* | : | |

**O R D E R**

**AND NOW,** this          day of July, 2002, the Court having been previously advised that the above action cannot proceed to trial and disposition because of the following reason:

[   ]   -   Order staying these proceedings pending disposition of a related action.

[   ]   -   Order staying these proceedings pending determination of arbitration proceedings.

[   ]   -   Interlocutory appeal filed.

[ X ]   -   Other: <u>Case is placed into suspense pending receipt of the Case Transfer Order from the Judicial Panel on Multi District Litigation transferring case to District of Minnesota</u>.

It is

**ORDERED** that the Clerk of Court mark this action closed for statistical purposes and place the matter in the Civil Suspense File, and it is

**FURTHER ORDERED** that the Court shall retain jurisdiction; and that the case be restored to the trial docket when the action is in a status so that it may proceed to final disposition; this order shall not prejudice the rights of the parties to this litigation.

**BY THE COURT:**

_____
**J. Curtis Joyner, Judge**